IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMERICAN RENOVATION
AND CONSTRUCTION COMPANY

46 Berner St.
Mammoth Lakes, CA 93546

and

ST. PAUL MERCURY INSURANCE
COMPANY

385 Washington Street
St. Paul, MN 55102

and

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY

385 Washington Street
St. Paul, MN 55102

Plaintiffs,

v.

THE UNITED STATES OF
AMERICA,

Defendant.

FILED
NOV 30 2006
U.S. COURT OF
FEDERAL CLAIMS

Case No. 06-813 C

**Corporate Disclosures**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Plaintiffs hereby make the following corporate disclosures:

1. American Renovation and Construction Company has no corporate parent, nor does any publicly traded company own 10% or more of its stock.

2. St. Paul Fire and Marine Insurance Company's corporate parent is The St. Paul Travelers Companies, Inc. No publicly traded company owns 10% or more of its stock.

2. St. Paul Mercury Insurance Company's corporate parent is The St. Paul Travelers Companies, Inc. No publicly traded company owns 10% or more of its stock.