IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMERICAN RENOVATION AND CONSTRUCTION CO., ST. PAUL MERCURY INSURANCE COMPANY, AND ST. PAUL FIRE AND MARINE INSURANCE CO., Plaintiffs, | |
| v. | No. 06-813C (Judge Sweeney) |
| THE UNITED STATES, Defendant. | |

DEFENDANT'S CONSENT MOTION TO STAY TIME TO RESPOND TO COMPLAINT

Defendant, the United States, requests that the Court stay the time to respond to plaintiffs' complaint until after the Court rules upon our motions to dismiss the claims of St. Paul Mercury Insurance Company and St. Paul Fire and Marine Insurance Company and to transfer the claims of American Renovation Company to the Armed Services Board of Contract Appeals. Our response to the complaint is currently due on January 29, 2007. This is our first request for a stay of the time to respond.

A stay is warranted because, if the Court grants our motions to dismiss and to transfer, a response to the complaint will be unnecessary. Counsel for plaintiffs has represented to counsel for defendant that plaintiffs consent to this request for a stay.

For the foregoing reasons, we request that the Court stay the time to respond to plaintiffs' complaint until after the Court rules upon our motions to dismiss and to transfer.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
by s/Brian M. Simkin
DONALD E. KINNER
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

January 22, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on January 22, 2007, a copy of the foregoing Defendant's Consent Motion To Stay Time To Respond To Complaint was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail