# In the United States Court of Federal Claims

No. 06-813 C
(Filed: January 24, 2007)

************************************
AMERICAN RENOVATION AND CONSTRUCTION COMPANY, ST. PAUL MERCURY INSURANCE COMPANY, and ST. PAUL FIRE AND MARINE INSURANCE COMPANY,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
************************************

## ORDER

On January 22, 2007, defendant in the above-captioned case filed Defendant's Consent Motion to Stay Time to Respond to Complaint. Defendant seeks to stay its response to plaintiffs' complaint until the court rules upon its motion to dismiss St. Paul Mercury Insurance Company and St. Paul Fire and Marine Insurance Company and motion to transfer the claims of American Renovation and Construction Company to the Armed Services Board of Contract Appeals. Defendant's motion is **GRANTED**.

Accordingly, defendant's response to plaintiffs' complaint is **STAYED** until the court rules on defendant's two pending motions.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge