**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN RENOVATION AND CONSTRUCTION COMPANY, ST. PAUL MERCURY INSURANCE COMPANY, AND ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) | |
| **Plaintiffs,** | ) | **No. 06-813C** |
| **v.** | ) | **(Judge Sweeney)** |
| THE UNITED STATES, | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS' MOTION TO STAY THIS MATTER PENDING THE OUTCOME OF AMERICAN RENOVATION AND CONSTRUCTION COMPANY'S APPEAL AT THE ARMED SERVICES BOARD OF CONTRACT APPEALS**

Plaintiffs, American Renovation and Construction Company ("ARC"), and St. Paul Mercury Insurance Company and St. Paul Fire and Marine Insurance Company, by counsel, respectfully request that this Honorable Court stay this matter in its entirety until after the Armed Services Board of Contract Appeals ("ASBCA") issues a decision regarding the propriety of the underlying Government default termination of ARC.[1] This is the Plaintiffs' first request for a stay of this litigation.

This litigation was initiated by Plaintiff's Complaint appealing the Government's assessment of excess reprocurement costs. However, the propriety of the underlying default termination is currently under appeal at the ASBCA, and no decision has been rendered. A stay is therefore warranted because, if the ASBCA rules in favor of ARC, ruling that the Government's termination of the contracts underlying the Government's reprocurement cost assessment was improper, then the litigation in this case will be unnecessary. Put another way, a

[1] This motion is filed in conjunction with Plaintiff's Opposition to the Government's Motion to Transfer Claims of American Renovation and Construction Company to the Armed Services Board of Contract Appeals.

ruling that the Government's termination of those contracts for default was improper would preclude the Government from assessing reprocurement costs for those contracts, and render this entire litigation moot. ARC has been awaiting a ruling on its ASBCA appeal since July 5, 2005, when briefing concluded.

For this reason, Plaintiffs respectfully request that this Honorable Court stay this matter in its entirety until the ASBCA rules on ARC's appeal of the Government's underlying terminations for default.

Respectfully submitted,

*/s Edward J. Parrott*
WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.
8405 Greensboro Drive
Suite 100
McLean, VA 22102
(703) 749-1000

Attorney for Plaintiffs

February 8, 2007

CERTIFICATE OF FILING

I hereby certify that on this 8th day of February 2007, a copy of PLAINTIFFS' MOTION TO STAY THIS LITIGATION PENDING THE OUTCOME OF AMERICAN RENOVATION CONSTRUCTION COMPANY'S APPEAL AT THE ARMED SERVICES BOARD OF CONTRACT APPEALS was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s Edward J. Parrott