IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMERICAN RENOVATION AND CONSTRUCTION CO., ST. PAUL MERCURY INSURANCE COMPANY, AND ST. PAUL FIRE AND MARINE INSURANCE CO., | |
| Plaintiffs, | No. 06-813C |
| v. | (Judge Sweeney) |
| THE UNITED STATES, | |
| Defendant. | |

DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO STAY

Defendant, the United States, opposes plaintiffs' motion to stay this case pending the outcome of a case before the Armed Services Board of Contract Appeals ("ASBCA").

First, plaintiffs do not indicate that plaintiffs St. Paul Mercury Insurance Company and St. Paul Fire and Marine Insurance Company are parties to the case before the ASBCA. Indeed, we have requested that the Court dismiss the claims of plaintiffs St. Paul Mercury Insurance Company and St. Paul Fire and Marine Insurance Company for lack of subject matter jurisdiction. Plaintiffs present no reasonable basis for staying resolution of that request.

Second, plaintiffs argue that an ASBCA ruling that the Government's contract terminations were improper will make this litigation unnecessary. However, plaintiffs fail to take into account that, in this case, in addition to challenging reprocurement costs, plaintiffs seek breach damages, including

attorneys' fees and consulting fees, allegedly arising from the termination of contracts for default. See Complaint ¶¶ 21-30, 56-59. Plaintiffs do not explain how an ASBCA ruling that the terminations were improper will obviate those claims for breach damages.

For the foregoing reasons, we request that the Court deny plaintiffs' motion for a stay.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

February 22, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on February 22, 2007, a copy of the foregoing Defendant's Response To Plaintiffs' Motion To Stay was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail