**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN RENOVATION AND CONSTRUCTION COMPANY, ST. PAUL MERCURY INSURANCE COMPANY, AND ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) | |
| **Plaintiffs,** | ) | **No. 06-813C** |
| v. | ) | **(Judge Sweeney)** |
| THE UNITED STATES, | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF MARC BROWN**

1. I am over the age of 18 and have personal knowledge of the matters set forth herein and if called as a witness could competently testify thereto.

2. I am a Managing Director in the Surety Claim Department of the St. Paul Travelers Companies, Inc. ("St. Paul Travelers").

3. I have personal knowledge and familiarity with the performance and payment bonds issued by St. Paul Travelers to American Renovation and Construction Company ("ARC") for performance of the M-2 and M-3 construction contracts, as well as payments made by St. Paul Travelers thereunder.

4. To the best of my knowledge and belief, St. Paul Travelers has satisfied and settled all valid payment bond claims brought by ARC's subcontractors and suppliers relating to the M-2 and M-3 contracts.

Further Affiant Sayeth Not.

[signature]

Marc Brown

2/21/07