**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN RENOVATION AND CONSTRUCTION COMPANY, ST. PAUL MERCURY INSURANCE COMPANY, AND ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) | |
| **Plaintiffs,** | ) | **No. 06-813C** |
| **v.** | ) | **(Judge Sweeney)** |
| THE UNITED STATES, | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO STAY THIS MATTER PENDING THE OUTCOME OF AMERICAN RENOVATION AND CONSTRUCTION COMPANY'S APPEAL AT THE ARMED SERVICES BOARD OF CONTRACT APPEALS**

Plaintiffs, American Renovation and Construction Company ("ARC"), St. Paul Mercury Insurance Company and St. Paul Fire and Marine Insurance Company (collectively, the "St. Paul Sureties"), by counsel, reply to defendant's opposition to our request that this Honorable Court stay this matter pending the outcome of ARC's appeal at the Armed Services Board of Contract Appeals ("ASBCA").

The original grounds supporting Plaintiffs' Motion to Stay remain unchanged: if ARC succeeds in challenging the Government's terminations of the M-2 and M-3 contracts for default at the ASBCA, the matter before this Court will be wholly unnecessary. In other words, if the ASBCA rules in favor of ARC in that appeal, then litigation of any and all issues before this court will have become moot.

The Government's arguments outlined in its opposition do not alter this conclusion. First, the fact that the St. Paul Sureties are not parties in the appeal before the ASBCA is irrelevant. If ARC succeeds in its ASBCA appeal, the St. Paul sureties will be exonerated from

any alleged obligation to reimburse the Government for the assessed reprocurement costs at issue in this case. Second, Plaintiffs in this case are not seeking damages arising from the Government's termination of the M-2 and M-3 contracts for default. Plaintiffs hereby offer to amend their complaint to the extent that the complaint is interpreted as seeking those damages. Rather than seeking those damages, Plaintiffs in this matter seek only to challenge the Government's December 1, 2005 excess reprocurement cost assessment. Therefore, a decision in favor of ARC at the ASBCA will moot the entire matter before this Court.

For the foregoing reasons, Plaintiffs respectfully request that this Honorable Court stay this matter in its entirety until the ASBCA rules on ARC's appeal of the Government's underlying terminations for default.

Respectfully submitted,

*/s Edward J. Parrott*
WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.
8405 Greensboro Drive
Suite 100
McLean, VA 22102
(703) 749-1000

Attorney for Plaintiffs

March 1, 2007

CERTIFICATE OF FILING

I hereby certify that on this 1st day of March 2007, a copy of PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO STAY THIS MATTER PENDING THE OUTCOME OF AMERICAN RENOVATION AND CONSTRUCTION COMPANY'S APPEAL AT THE ARMED SERVICES BOARD OF CONTRACT APPEALS was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s Edward J. Parrott