# In the United States Court of Federal Claims

No. 06-813 C
(Filed: April 26, 2007)

| | |
|---|---|
| AMERICAN RENOVATION AND CONSTRUCTION COMPANY, ST. PAUL MERCURY INSURANCE COMPANY, and ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The court is prepared to hear oral argument in the above-captioned case on Defendant's Motion to Dismiss the Claims of St. Paul Mercury Insurance Company and St. Paul Fire and Marine Insurance Company for Lack of Subject Matter Jurisdiction, Defendant's Motion to Transfer Claims of American Renovation and Construction Company to the Armed Services Board of Contract Appeals, and Plaintiff's Motion to Stay this Matter Pending the Outcome of American Renovation and Construction Company's Appeal at the Armed Services Board of Contract Appeals. By **no later than Wednesday, May 9, 2007**, the parties shall confer and then contact the court with suggested dates and times for the argument. The parties may contact the undersigned's judicial assistant, Ms. Beryl Sanders, at (202) 357-6644, to schedule the argument.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge