# In the United States Court of Federal Claims

No. 06-813 C
(Filed: July 5, 2007)

```
***********************************
AMERICAN RENOVATION AND           *
CONSTRUCTION COMPANY,             *
                                  *
                 Plaintiff,       *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
                 Defendant.       *
***********************************
```

**ORDER**

Plaintiff filed its First Amended Complaint in the above-captioned case on June 29, 2007. Accordingly, pursuant to the court's June 5, 2007 Opinion and Order, the court **GRANTS** "Plaintiffs' Motion to Stay This Matter Pending the Outcome of American Renovation and Construction Company's Appeal at the Armed Services Board of Contract Appeals." Defendant shall not file an answer, or otherwise respond to the amended complaint, until the court lifts the stay.

The parties shall file a joint status report **within two weeks** of the decision of the Armed Services Board of Contract Appeals ("ASBCA") describing how they wish to proceed in this case. If the ASBCA has not reached a decision by **Friday, September 7, 2007**, the parties, by that date, shall file a joint status report indicating that fact.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge