IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN RENOVATION AND CONSTRUCTION CO., | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-813C |
| v. | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's June 5, 2007 order, the parties report that the Armed Services Board of Contract Appeals ("ASBCA") has not yet reached a decision in Appeal Nos. 53723 or 54038; the appeals before the ASBCA that are related to this action.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
by Brian M. Simkin
DONALD E. KINNER
Assistant Director

ROBERT G. WATT, ESQ.
EDWARD J. PARROTT, ESQ.
Watt, Tieder, Hoffar
& Fitzgerald, L.L.P.
8405 Greensboro Drive
Suite 100
McLean, VA 22102
Telephone: (703) 749-1041
Facsimile: (703) 893-8029

Attorney for Plaintiff

March 4, 2008

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

Attorneys for Defendant

March 4, 2008

Certificate of Filing

I hereby certify that on March 4, 2008, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

[signature]