# In the United States Court of Federal Claims

No. 06-813 C
(Filed: March 5, 2008)

***********************************
AMERICAN RENOVATION AND CONSTRUCTION COMPANY, *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
***********************************

## ORDER

The parties in the above-captioned case filed a Joint Status Report on March 4, 2008, indicating that the Armed Services Board of Contract Appeals ("ASBCA") has not yet issued its ruling on plaintiff's two appeals. Thus, the court will continue the stay in this case.

The parties shall file a joint status report **within two weeks** of the decision of the ASBCA describing how they wish to proceed in this case. If the ASBCA has not reached a decision by **Friday, June 6, 2008**, the parties, by that date, shall file a joint status report indicating that fact.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge